IN THE SUPREME COURT OF THE STATE OF DELAWARE

DASHAN PERRIGAN, §
                            § No. 188, 2025
    Defendant Below,        §
    Appellant,              § Court Below: Superior Court
                            § of the State of Delaware
    v.                      §
                            § Cr. ID No: 2012004283 (N)
STATE OF DELAWARE,          §
                            §
    Appellee.               §

Submitted: November 12, 2025
Decided:    December 11, 2025

Before **SEITZ**, Chief Justice; **TRAYNOR**, and **LEGROW**, Justices.

## <u>ORDER</u>

This 11th day of December, 2025, after careful consideration of the parties' briefs and the record on appeal, we find it evident that the judgment of the Superior Court should be affirmed on the basis of and for the reasons stated in the Superior Court's Memorandum Opinion dated April 16, 2025.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ Abigail M. LeGrow*
Justice